# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA DIANE JURASINSKI, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 18-4213 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

## ORDER

**AND NOW**, this 31st day of October, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 16) filed December 25, 2019; Defendant's Response to Request for Review of Plaintiff (ECF No. 17) filed March 26, 2019; and Plaintiff's Reply to Defendant's Response to Plaintiff's Request for Review (ECF No. 18) filed April 5, 2019, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge